FILED
NOV 18 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS IRIGOYEN-ALBERTO,<br><br>　　　　Defendant | Case No.: 25CR4394-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice pursuant to Rule 48, Federal Rules of Criminal Procedure.

IT IS SO ORDERED AND ADJUDGED.

DATED: 11/18/25

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE